UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES, and MICHAEL J.
FORDE, as EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND
VICINITY, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

08 CV 19 (DAB)
ECF CASE

**DEFAULT JUDGMENT**

                            Plaintiffs,

    -against-

MARIA GAGLIANO INC. T/A NEW LOOK
CONTRACTING, INC.,

                            Defendant.
------------------------------------------------------------------X

     This action having been commenced on January 2, 2008 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Maria Gagliano Inc T/A New Look Contracting, Inc. on January 10, 2008 by delivering one (1) true copy of the same to the Secretary of the State of New York, pursuant to Section 307 of New York Business Corporation Law, and a proof of service having been filed on January 18, 2008, and by registered mail on January 3, 2008, and a proof of service having been filed on January 18, 2008, and the defendant

not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on March 19, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,861.50 for a total of $4,211.50 and that Maria Gagliano Inc T/A New Look Contracting, Inc. and its officers are ordered to produce any and all books and records relating to Maria Gagliano Inc T/A New Look Contracting, Inc. for the period of March 2, 2005 through September 21, 2007.

Dated: July 31, 2008
New York, New York

*Deborah A. Batts*
Honorable Deborah A. Batts
United States District Judge

This document was entered on the docket on _____.